HOLLAND & KNIGHT LLP
Ana Dragojevic (SBN 341847)
500 Mission Street
Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
E-mail: ana.dragojevic@hkladw.com

Attorneys for Defendants
CARRINGTON MORTGAGE SERVICES, LLC &
CARRINGTON FORECLOSURE SERVICES, LLC
N/K/A VYLLA SOLUTIONS, LLC

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM BLACKWELL AND LORETTA BLACKWELL,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC AND CARRINGTON FORECLOSURE SERVICES, LLC, DOES 1-75<br><br>Defendants. | Case No.:<br><br>[Removed from the Superior Court of California, Monterey County, Case No. 24CV003236]<br><br>**NOTICE OF REMOVAL** |

///
///
///
///
///
///
///
///
///
///

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Carrington Mortgage Services, LLC ("CMS") and Carrington Foreclosure Services, LLC[1] now known as Vylla Solutions, LLC ("Vylla") (collectively "Defendants"), hereby remove the state court civil action known as *William Blackwell and Loretta Blackwell v. Carrington Mortgage Services, LLC and Carrington Foreclosure Services, LLC,* Case No. 24CV003236, from the Superior Court of the State of California, County of Monterey, to the United States District Court for the Northern District of California. Removal is based on 28 U.S.C. §1441 because this Court has jurisdiction pursuant to 28 U.S.C. §1332. Removal is warranted based on the following:

**A. Defendants Have Satisfied the Procedural Requirements for Removal**

1. On or about August 2, 2024, Plaintiffs William Blackwell and Loretta Blackwell (collectively "Plaintiffs") filed a Complaint in the Superior Court of the State of California, County of Monterey (the "State Court"). In compliance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon CMS and Vylla is attached hereto as **Exhibit A.**

2. Plaintiff served CMS and Vylla on August 16, 2024.

3. Therefore, this Notice of Removal is timely in that it was filed within thirty (30) days of the service of the Complaint and less than a year after the commencement of the State Court Action. *See* 28 U.S.C. § 1446(b).

4. This Notice is filed in the proper division because the Court embraces the Superior Court of the State of California, County of Monterey, where Plaintiff's action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

[1] Carrington Foreclosure Services, LLC is now known as Vylla Solutions, LLC, and the name was recently changed in its LLC registrations.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

5. No previous request has been made for the relief requested herein. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the State Court Clerk.

6. There are no other identified defendants in this matter.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the State Court Clerk.

8. On September 9, 2024, Plaintiff filed a Petition for Relief under Chapter 13 of the Bankruptcy Code under Case No. 24-51370. Defendant CMS received notice on September 10, 2024.

9. Defendants do not consent to entry of final orders or judgment by the Bankruptcy court.

**B. Removal Is Proper Because the Court Has Diversity Jurisdiction.**

10. Under 28 U.S.C. § 1332, United States District Courts are vested with jurisdiction to consider cases or controversies where there is diversity jurisdiction and the amount in controversy exceeds $75,000.00.

11. Removal of such cases is governed by 28 U.S.C. § 1332(a). Section 1332(a) makes clear that "district courts *shall* have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between – (1) citizens of different States;"

12. Here, Plaintiff's purported cause of action requests $1,997,876.35, plus additional damages. *See generally* Complaint.

13. Plaintiffs are residents of the State of California. *Id*.

14. Defendant Carrington Mortgage Services, LLC is a Delaware limited liability company. Carrington Mortgage Services, LLC's members are Carrington Holding Company, LLC and Carrington Investment Partners, L.P. Carrington Holding Company, LLC is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC. Carrington Investment Partners, L.P. is a Delaware limited partnership, whose general partner is Carrington Capital Management, LLC,

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

and whose limited partners are CIP Intermediate, LLC, a Delaware limited liability company, and Carrington Holding Company, LLC. Carrington Holding Company, LLC is the sole member of CIP Intermediate, LLC. Carrington Capital Management, LLC is a Delaware limited liability company, whose members are Carrington Holding Company, LLC and a natural person. The natural person is not a citizen of the State of California, but is a citizen of the State of Tennessee. The Carrington Companies, LLC is a Delaware limited liability company, whose members are two natural persons who are not citizens of the State of California, but are citizens of the States of Tennessee and Wyoming.

15. Carrington Foreclosure Services, LLC, now known as Vylla Solutions, LLC is a Delaware limited liability company whose sole member is Real Estate Logistics, LLC. Real Estate Logistics LLC is a Delaware limited liability company, whose members are Carrington Holding Company, LLC, and a natural person. The natural person is a not a citizen of the State of California, but is a citizen of the State of Tennessee. Carrington Holding Company, LLC is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC. The Carrington Companies, LLC is a Delaware limited liability company, whose members are two natural persons who are not citizens of the State of California, but are citizens of the States of Tennessee and Wyoming.

16. In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff, and filed with the Clerk for the Superior Court of the State of California, County of Monterey.

**WHEREFORE**, CMS and Vylla, by counsel, respectfully request that the above-referenced action, originally filed in the Superior Court of the State of California for the County of Monterey, be removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: September 16, 2024

HOLLAND & KNIGHT LLP

By: /s/Ana Dragojevic
Ana Dragojevic

Attorneys for Defendants
Carrington Mortgage Services, LLC and Carrington Foreclosure Services, LLC n/k/a Vylla Solutions, LLC

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910