UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BLACKWELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC, et al., <br><br> Defendants. | Case No. 24-cv-06494-SVK <br><br> **ORDER RE DEFENDANTS' BRIEF ON REQUEST FOR STAY OF PROCEEDINGS** <br><br> Re: Dkt. No. 8 |

In light of Defendants' brief regarding their request for a stay of proceedings (Dkt. 8), in which they state that the automatic bankruptcy stay will not impact this litigation, the Court **ORDERS** as follows:

1. This case is not stayed. The briefing schedule at Dkt. 7 regarding Defendants' earlier request for a stay is **VACATED.**
2. Defendants' response to the complaint is due within 7 days of the date of this order.
3. All other case deadlines remain in place.
4. Defendants are ordered to serve Plaintiffs with a copy of this order by U.S. Mail.

**SO ORDERED.**

Dated: September 24, 2024

SUSAN VAN KEULEN  
United States Magistrate Judge